# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SABINA RUBAKHA : | |
| : | |
| v.   : | Civil No. CCB-13-2670 |
| : | |
| KENNETH J. BREITBART & : | |
| ASSOCIATES, P.A.   : | |

## ORDER

For the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The plaintiff's Motion to Dismiss (ECF No. 16) is **Granted**;

2. The defendant's request for sanctions (ECF No. 18) is **Denied**;

3. The complaint is **DISMISSED WITH PREJUDICE**;

4. The Clerk shall **CLOSE** this case; and

5. The Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

May 30, 2014  
Date

/s/  
Catherine C. Blake  
United States District Judge